IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Christopher Daniel Duntsch, | ) | CHAPTER 11 |
| | ) | CASE NO. 13-30510-EEB |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| Jerry Summers | ) | |
| | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Christopher Daniel Duntsch, | ) | ADV. CASE NO. 14-01167-EEB |
| | ) | |
| | ) | |
|     Defendant(s). | ) | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

**THIS MATTER**, having come before the Plaintiff Jerry Summers, through undersigned counsel's Motion for Order Dismissing Adversary Proceeding, and the Court having been so advised, does hereby;

**ORDER**, that this adversary proceeding is DISMISSED, each party to pay its own costs and attorneys' fees.

Dated: August 6, 2015

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge